# McGuireWoods

**McGuireWoods LLP**
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Tel 412.667.6000
Fax 412.667.6050
www.mcguirewoods.com

**K. Issac deVyver**
Direct: 412.667.7988
kdevyver@mcguirewoods.com

March 21, 2023

VIA ECF
Honorable Juan Sánchez
United States District Court
Eastern District of Pennsylvania
14613 U.S. Courthouse
610 Market Street
Philadelphia, PA 19106

Re:   *Nelson v. Bank of America, N.A.*
      Case No. 5:23-CV-00255

Dear Judge Sánchez,

On February 17, 2023, Plaintiffs filed a Motion to Remand this matter to the Court of Common Pleas of Philadelphia County (ECF No. 13). The motion is fully briefed (ECF Nos. 17 and 18).

Defendant Bank of America, N.A. respectfully requests oral argument on this motion. Thank you for your consideration.

Sincerely,

/s/ K. Issac deVyver

K. Issac deVyver

cc:   All counsel of record (via ECF)