IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY NELSON and KAYLEIGH POTTER, individually and on behalf of all others similarly situated | : : : : : : : : : : | CIVIL ACTION<br><br>NO. 23-0255 |
| v. | | |
| BANK OF AMERICA, NATIONAL ASSOCIATION | | |

# **ORDER**

AND NOW, this 18th day of May, 2023, upon consideration of Plaintiffs, Gary Nelson and Kayleigh Potter's Motion to Remand (Document No. 13), and Defendant's Response in Opposition, it is hereby ORDERED the Motion is DENIED for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

/s/  Juan R. Sánchez
_____
Juan R. Sánchez,        C.J.