IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY NELSON and KAYLEIGH POTTER, individually and on behalf of all others similarly situated : : : : v. : : BANK OF AMERICA, NATIONAL : ASSOCIATION : | CIVIL ACTION NO. 23-0255 |

**ORDER**

AND NOW, this 7th day of June, 2023, upon consideration of Defendant Bank of America, National Association's Motion to Dismiss for Failure to State a Claim (Document No. 11), it is hereby ORDERED the Motion is DENIED as MOOT.[1]

BY THE COURT:

/s/  Juan R. Sánchez
_____
Juan R. Sánchez,       C.J.

---

[1] Following entry of the Court's Memorandum and Order denying Plaintiffs' Motion to Remand, Defendant filed a Renewed Motion to Dismiss Plaintiffs' Complaint on May 23, 2023, which appears to mirror and supersede the original Motion to Dismiss filed on February 19, 2023. The original Motion to Dismiss is therefore hereby denied as moot.