**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GARY NELSON and KAYLEIGH POTTER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br>　　　　　　　　　　Defendant | NO. 23-CV-00255(JS) |

**PLAINTIFFS' MOTION FOR APPROVAL OF
PROPOSED CLASS ACTION SETTLEMENT (UNOPPOSED)**

Plaintiffs Gary Nelson and Kayleigh Potter filed this consumer class action alleging, on behalf of themselves and others similarly situated, that Defendant Bank of America, N.A. ("BANA") violated the Uniform Commercial Code ("UCC") by failing to send them proper notice after a vehicle repossession. After 1 ½ years of highly contested litigation during which the parties reviewed thousands of pages of discovery, fully briefed cross-motions for summary judgment, and completed briefing on class certification, the parties reached a class-wide settlement. The written Class Action Settlement Agreement and Release ("Agreement") is attached as Exhibit A.

For this Class consisting of approximately 819 borrowers who had their vehicles repossessed by BANA, the Agreement provides a cash fund of $3,250,000. Ex. A, Agreement § 1.42. This is approximately 40% of the statutory damages recoverable before interest (assuming success on Plaintiffs' theory of liability and discounting various defenses) resulting in average payments of over $2,000 after payment of approved attorney fees, litigation expenses, service awards, and administrative costs. The settlement also provides valuable equitable-type relief in the modification of their consumer credit reports by deletion of the negative tradeline pertaining to the

1

auto finance agreement, adding even more value to the settlement. *Id.* § 3.4.1. All Settlement Class Members will receive these benefits automatically, without the need to submit a claim form.

      Plaintiffs accordingly bring this Motion to preliminarily approve the proposed Agreement to settle on a class-wide basis and to notify the Class of the proposal, along with their right to object or opt out, pursuant to Federal Rule of Civil Procedure 23(e)(1)–(2). In support, Plaintiffs incorporate by reference their Memorandum of Law, exhibits, and certifications filed herewith. A proposed form of order is attached as Exhibit 2 to the Settlement Agreement.

Date:  9/12/2024                         Respectfully submitted,

                                               *s/Jody T. López-Jacobs*
                                               Cary L. Flitter
                                               Andrew M. Milz
                                               Jody Thomas López-Jacobs
                                               Flitter Milz, P.C.
                                               450 N. Narberth Avenue
                                               Narberth, PA 19072
                                               (610) 822-0782 tel
                                               (610) 667-0552 fax
                                               cflitter@consumerslaw.com
                                               amilz@consumerslaw.com
                                               jlopez-jacobs@consumerslaw.com

                                               Counsel for Plaintiffs and the Class

## **CERTIFICATE OF SERVICE**

I, Jody T. Lopez-Jacobs, do hereby certify that a copy of the foregoing was served upon all counsel of record by CM/ECF electronic filing.

Date:  9/12/2024                                */s/ Jody T. López-Jacobs*
JODY T. LÓPEZ-JACOBS
**FLITTER MILZ, P.C.**
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
(P) (610) 668-0011
(F) (610) 667-0552
Email:  jlopez-jacobs@consumerslaw.com

**Counsel for Plaintiffs and the Class**