IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY NELSON and KAYLEIGH POTTER, individually and on behalf of all others similarly situated,<br><br>                   Plaintiffs,<br><br>   vs.<br><br>BANK OF AMERICA,<br>NATIONAL ASSOCIATION,<br>                  Defendant | NO. 23-CV-00255(JS) |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
PROPOSED CLASS ACTION SETTLEMENT (UNOPPOSED)**

Plaintiffs Gary Nelson and Kayleigh Potter file the instant Motion for Final Approval of Class Action Settlement. As set forth more fully below, the settlement is "fair, reasonable, and adequate" within the meaning of Fed. R. Civ. P. 23(e)(2) and should be approved. In support, Plaintiffs incorporate by reference their Memorandum of Law and exhibits filed herewith. A proposed form of order is attached as Exhibit 3 to the Settlement Agreement (Ex. A).

DATED: <u>February 3, 2025</u>          Respectfully submitted,

                                                   */s/ Jody Thomas López-Jacobs*
                                                   Cary L. Flitter
                                                   Andrew M. Milz
                                                   Jody Thomas López-Jacobs
                                                   Edward M. Flitter
                                                   **FLITTER MILZ P.C.**
                                                   450 N. Narberth Ave, Suite 101
                                                   Narberth, PA 19072
                                                   (610) 822-0782
                                                   cflitter@consumerslaw.com
                                                   amilz@consumerslaw.com
                                                   jlopez-jacobs@consumerslaw.com
                                                   eflitter@consumerslaw.com

                                                   **Counsel for Plaintiffs and the Settlement Class**

## CERTIFICATE OF SERVICE

I, Jody T. Lopez-Jacobs, do hereby certify that a copy of the foregoing was served upon all counsel of record by CM/ECF electronic filing.

Date: 2/3/2025

*/s/ Jody T. López-Jacobs*
JODY T. LÓPEZ-JACOBS
**FLITTER MILZ, P.C.**
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
(P) (610) 668-0011
(F) (610) 667-0552
Email: jlopez-jacobs@consumerslaw.com

**Counsel for Plaintiffs
and the Settlement Class**